UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
**ELECTRONICALLY FILED**

| | | |
|---|---|---|
| NANETTE DIX | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. <u>3:20CV-767-CRS</u> |
| | ) | |
| WALMART, INC. | ) | |
| WALMART STORES EAST, LP | ) | |
| WALMART REALTY COMPANY | ) | |
| | ) | |
| Defendants | ) | |

<u>**NOTICE OF REMOVAL**</u>

Defendants, Walmart Inc., Walmart Stores East, L.P., and Walmart Realty Company (collectively "Walmart"), by counsel, for their Notice of Removal of this action from the Jefferson Circuit Court, Jefferson County, Kentucky, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully state as follows:

1.      On or about August 24, 2020, Plaintiff Nanette Dix filed an action against Walmart in Jefferson Circuit Court, Civil Action No. 20-CI-004929. Walmart timely answered Plaintiff's Complaint on September 8, 2020.

2.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (a) and (c) because there is diversity of citizenship between the parties and the total amount claimed by Plaintiff exceeds the jurisdictional amount of $75,000, though, Walmart denies liability to Plaintiff for damages in any amount.

3.      Plaintiff is a citizen of Kentucky.

4.      Pursuant to 28 U.S.C. § 1332(c)(1), a corporation shall be deemed a citizen of its state of incorporation and the state where it has its principal place of business.  Defendant Walmart Inc. is a citizen of Delaware, its state of incorporation, and Arkansas, the location of its principal place of business. Defendant Walmart Realty Company is a citizen of Arkansas, its state of incorporation and the location of its principal place of business.

5.      In accordance with *Carden v. Arkoma Associates*, 494 U.S. 185 (1990), the citizenship of a limited partnership is based upon the citizenship of each of its general and limited partners.  Defendant, Walmart Stores East, L.P. is a Delaware limited partnership with its principle place of business in Arkansas.  It has one general partner, WSE Management, LLC, and one limited partner, WSE Investment, LLC.  Both are Delaware limited liability companies with principle places of business in Arkansas.

6.      Pursuant to *Cosgrove v. Bartolotta*, 150 F.3d 729 (7th Cir. 1998) a limited liability company is a citizen, for diversity purposes, of the state in which its members are citizens.

a)  The sole member of WSE Management, LLC is Walmart Stores East, LLC (f/k/a Walmart Stores East, Inc.). The sole member of Walmart Stores East, LLC is Walmart Inc.  In accordance with 28 U.S.C. § 1332(c)(1), Walmart Inc. is a citizen of Delaware, its state of incorporation, and Arkansas, where it has its principal place of business.  WSE Management, LLC is therefore a citizen of the Arkansas and Delaware.

b)  Like WSE Management, LLC, the sole member of WSE Investment, LLC is also Walmart Stores East, LLC, a citizen of Arkansas and Delaware.

c)  Therefore, Walmart Stores East, L.P. is now and was at the time of the commencement of this action a citizen of Arkansas and Delaware.

7.     This action arises from an incident that allegedly occurred on September 1, 2019 at Walmart Neighborhood Market in Louisville, Jefferson County, Kentucky. The Complaint alleges that Plaintiff was injured due to the actions and/or inactions of Defendants.

8.     Pursuant to 28 U.S.C. § 1446(b), removal must be filed within thirty days after receipt of the initial pleading setting forth the claim for relief. If, however, the case is not initially removable, a notice of removal may be filed within thirty days after the defendant receives a copy of a pleading, motion, order or other paper from which "it may first be ascertained that the case is one which is or has become removable" but no more than one year after commencement of the action.[1] The Notice tendered herewith is being filed on November 13, 2020, within thirty days of the receipt of Plaintiff's settlement demand, which requested compensation in the amount of $135,000.00, and within one year of since commencement of this action thus making removal timely.

9.     Copies of all process, pleadings, and orders served as of the date of the filing of this Notice of Removal are attached hereto as <u>Exhibit A</u>.

10.     Written notice of the filing of this Notice of Removal, the exhibits thereto, the Notice and Certificate were mailed to Plaintiff's counsel today.

11.     A true and correct copy of Defendants' Notice of Removal was filed with the Clerk of Court of Jefferson Circuit Court today.

WHEREFORE, Defendants, Walmart Inc., Walmart Stores East, L.P., and Walmart Realty Company, respectfully removes this action from the Jefferson Circuit Court to this Court for all future proceedings.

---

[1] 28 U.S.C. 1446(b) – (c).

Respectfully submitted,

/s/ *Jennifer Kincaid Adams*
Jennifer Kincaid Adams
Anna Zwicky
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9971
jadams@bdblawky.com
azwicky@bdblawky.com
*Counsel for Defendants*


## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed via the Court's electronic filing system on this 13th day of November, 2020 with copies electronically mailed to the following:

Hon. Michael A. Schafer
Hon. Bryan G. Meader
THE SCHAFER LAW OFFICE
1218 South Third Street
Louisville, Kentucky 40203
*Counsel for Plaintiff*

/s/ *Jennifer Kincaid Adams*
*Counsel for Defendants*