# EXHIBIT A

Filed          20-CI-004929   08/24/2020          David L. Nicholson, Jefferson Circuit Clerk

CASE NO.: _____

JEFFERSON CIRCUIT COURT
DIVISION: _____
JUDGE: _____

### *ELECTRONICALLY FILED*

NANETTE DIX                                                     PLAINTIFF
8002 Trillium Drive
Louisville, KY 40258

v.                          **COMPLAINT**

                                                               DEFENDANTS

WALMART, INC.
D/B/A WALMART NEIGHBORHOOD MARKET
D/B/A WALMART NEIGHBORHOOD MARKET #4524
702 SW 8TH Street
Benton, AR 72716

> **SERVE:**   CT Corporation System
> 306 W Main Street
> Suite 512
> Frankfort, KY 40601

and

WALMART STORES EAST, LIMITED PARTNERSHIP
D/B/A WALMART NEIGHBORHOOD MARKET #4524
702 SW 8TH Street
Benton, AR 72716

> **SERVE:**   CT Corporation System
> 306 W Main Street
> Suite 512
> Frankfort, KY 40601

and

WAL-MART REALTY COMPANY
D/B/A WAL-MART REAL ESTATE BUSINESS TRUST
D/B/A WALMART NEIGHBORHOOD MARKET #4524
702 SW 8TH Street
Benton, AR 72716

Filed          20-CI-004929   08/24/2020          David L. Nicholson, Jefferson Circuit Clerk

**SERVE:**  CT Corporation System
306 W Main Street
Suite 512
Frankfort, KY 40601

\*\*\* \*\* \*\*\*\* \*\* \*\*\*\* \*\* \*\*\*\*

Comes the Plaintiff, Nanette Dix, (herein after "Plaintiff,"), by and through counsel, and for her Complaint against Defendants WALMART, INC. D/B/A WALMART NEIGHBORHOOD MARKET D/B/A WALMART NEIGHBORHOOD MARKET #4524, WAL-MART STORES EAST, LIMITED PARTNERSHIP D/B/A WALMART NEIGHBORHOOD MARKET #4524, and/or WAL-MART REALTY COMPANY D/B/A WAL-MART REAL ESTATE BUSINESS TRUST D/B/A WALMART NEIGHBORHOOD MARKET #4524 (hereinafter "Walmart, Inc.," "Walmart East" and "Walmart Realty," respectively, and "Defendants," collectively), states as follows:

## THE PARTIES

1. Plaintiff was at all times relevant herein, a resident of Louisville, Jefferson County, Kentucky.

2. Defendant Walmart, Inc. was, at all times relevant herein to Plaintiff's knowledge, a foreign corporation with its principal place of business in Benton, Arkansas. Defendant Walmart, Inc.'s registered agent is CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601. Defendant Walmart, Inc. has the required minimum contacts in Jefferson County, Kentucky to be subject to the jurisdiction of this Court.

3. Defendant Walmart East was, at all times relevant herein to Plaintiff's knowledge, a foreign corporation with its principal place of business in Benton, Arkansas. Defendant Walmart East's registered agent is CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY

40601. Defendant Walmart East has the required minimum contacts in Jefferson County, Kentucky to be subject to the jurisdiction of this Court.

4. Defendant Walmart Realty was, at all times relevant herein to Plaintiff's knowledge, a foreign business trust with its principal office located in Benton, Arizona, with its registered agent being CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601. Defendant Walmart Realty has the required minimum contacts in Jefferson County, Kentucky to be subject to the jurisdiction of this Court.

5. At all times relevant hereto to Plaintiff's knowledge, Defendants Walmart, Inc., Walmart East and/or Walmart Realty owned, managed, maintained, controlled and/or supervised Walmart Neighborhood Market #4524, located at 5360 Dixie Highway, Louisville, Kentucky 40216 (hereinafter "The Premises").

6. Defendants, through their servants and employees, invited the public to enter into and upon the premises of said establishment to patronize The Premises.

7. That on or about September 1, 2019, Plaintiff was an invitee and/or patron of The Premises and said Plaintiff was then and there caused to suffer injuries as a result of the carelessness of the Defendants, their agents, servants and/or employees, and sustained serious and permanent injuries as a result thereof.

8. That Defendants had a duty of care to invitees and patrons of The Premises, including the Plaintiff Nanette Dix.

9. That Defendants breached their duty of care, including their duties to maintain The Premises as a safe environment, to adequately train servants and/or employees, to implement adequate policies and/or procedures to reduce and/or prevent injury to invitees and patrons of its business, and have measures in place to prevent injury to invitees and patrons of its business,

including the Plaintiff.

10. That Defendants failed to warn and/or adequately warn, the Plaintiff concerning the possibility of dangerous foreign objects and/or substances on the ground of The Premises, when they knew or should have known in the exercise of due care that members of the general public, such as this Plaintiff were unaware of said dangerous condition and that said condition could cause injury.

11. Plaintiff's injuries were a direct and proximate result of the carelessness and negligence and/or breach of the duties of the Defendants, their agents, servants and/or employees.

12. Due to the negligence of the Defendants, their agents, servants and/or employees, the Plaintiff sustained physical injury; has been caused to incur medical expenses for treatment of her injuries and suffered great pain, both physical and mental; has lost wages, and, has lost the power to labor and earn money.

13. Plaintiff's damages are in excess of any minimal dollar amount necessary to establish the jurisdiction of this Court.

**WHEREFORE,** the Plaintiff demands from Defendants, Walmart, Inc., Walmart East, and Walmart Realty:

1. Judgment in an amount that will fairly compensate her for the damages she has suffered as a result of the injuries sustained; including past and future medical expenses, pain and suffering past and future, mental anguish and loss of enjoyment of life, and the power to labor and earn money;

2. Prejudgment interest on any amount eventually received from a jury verdict, judgment, settlement or otherwise, at the current legal interest rate, but in no event less than twelve percent (12%) per annum on said amount commencing with the date of the incident giving rise to this

litigation, that being September 1, 2019, until judgment, jury verdict, or settlement is fully paid and satisfied;

    3.  Her costs herein expended;

    4.  A reasonable attorney's fees to her attorney Michael A. Schafer;

    5.  Trial by jury; and,

    6.  All other relief to which she may be entitled.

Respectfully submitted,

*/s/ Michael A. Schafer*
Michael A. Schafer
Bryan G. Meader
THE SCHAFER LAW OFFICE
1218 South Third Street
Louisville, Kentucky 40203
Phone: (502) 584-9511
Fax: (502) 636-4702
*Counsel for Plaintiff*

AOC-E-105    Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    Courts.ky.gov

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **20-CI-004929**
Court:  **CIRCUIT**
County: **JEFFERSON Circuit**

Plantiff, *DIX, NANETTE VS. WALMART, INC., ET AL, Defendant*

TO:  **CT CORPORATION SYSTEM**
**306 W MAIN STREET, SUITE 512**
**FRANKFORT, KY 40601**

Memo: Related party is WALMART, INC.

The Commonwealth of Kentucky to Defendant:
**WALMART, INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Davis L. Nichols

Jefferson Circuit Clerk
Date: 8/24/2020

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

---

Summons ID: 270873818836359@00000954851
CIRCUIT: 20-CI-004929 Certified Mail
DIX, NANETTE VS. WALMART, INC., ET AL





| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **20-CI-004929**<br><br>Court:  **CIRCUIT**<br><br>County: **JEFFERSON Circuit** |

*Plantiff,* **DIX, NANETTE VS. WALMART, INC., ET AL,** *Defendant*

TO:  **CT CORPORATION SYSTEM**
   **306 W MAIN STREET, SUITE 512**
   **FRANKFORT, KY 40601**

Memo: Related party is WALMART STORES EAST, LIMITED PARTNERSHIP

The Commonwealth of Kentucky to Defendant:
**WALMART STORES EAST, LIMITED PARTNERSHIP**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

David L. Nicholson

Jefferson Circuit Clerk
Date: **8/24/2020**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____ , 20 _____

_____
Served By

_____
Title

---

Summons ID: 270873818836361@00000954852
CIRCUIT: 20-CI-004929 Certified Mail
DIX, NANETTE VS. WALMART, INC., ET AL



Page 1 of 1

*e*Filed

AOC-E-105          Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

NOT ORIGINAL DOCUMENT
11/13/2020 04:00:04
85705

Case #: **20-CI-004929**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

*Plantiff,* **DIX, NANETTE VS. WALMART, INC., ET AL**, *Defendant*

TO:  **CT CORPORATION SYSTEM**
     **306 W MAIN STREET, SUITE 512**
     **FRANKFORT, KY 40601**

Memo: Related party is WAL-MART REALTY COMPANY

The Commonwealth of Kentucky to Defendant:
**WAL-MART REALTY COMPANY**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*David L. Nicholson*

Jefferson Circuit Clerk
Date: **8/24/2020**

---

| **Proof of Service** |
|---|
| This Summons was: |
| ☐ Served by delivering a true copy and the Complaint (or other initiating document) |
| To: _____ |
| ☐ Not Served because: _____ |
| Date: _____, 20_____            _____ |
| Served By |
| _____ |
| Title |

Summons ID: @00000954853 ,
CIRCUIT: 20-CI-004929 Sheriff Service
DIX, NANETTE VS. WALMART, INC., ET AL

eFiled

Filed          20-CI-004929   09/08/2020          David L. Nicholson, Jefferson Circuit Clerk

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION THREE (3)
CIVIL ACTION NO. 20-CI-004929
*Electronically Filed*

NANETTE DIX                                                           PLAINTIFF

v.

WALMART, INC.                                                        DEFENDANTS
WALMART STORES EAST, LP; and
WALMART REALTY COMPANY

## ANSWER OF DEFENDANTS

Defendants Walmart, Inc., d/b/a Walmart Neighborhood Market, d/b/a Walmart Neighborhood Market #4524, Walmart Stores East, LP, and Walmart Realty Company (hereinafter collectively referred to as "Walmart"), by and through counsel, for their Answer to the Plaintiff's Complaint, hereby state as follows:

## FIRST DEFENSE

Subject to what discovery may reveal, the Complaint fails, in whole or in part, to state a claim upon which relief can be granted and should, therefore, be dismissed in its entirety with prejudice.

## SECOND DEFENSE

Subject to what discovery may reveal, Walmart states that at the time and on the occasion described in the Complaint, the Plaintiff was guilty of negligence or fault, which was a substantial factor in causing and bringing about the incident in controversy and alleged damages; and that but for the comparative negligence and fault on the part of the Plaintiff, the incident would not have occurred and damages, if any, would not have been sustained. Walmart relies upon the negligence and fault of the Plaintiff as a partial and/or complete bar to any recovery

Filed          20-CI-004929   09/08/2020          David L. Nicholson, Jefferson Circuit Clerk

Filed          20-CI-004929   09/08/2020          David L. Nicholson, Jefferson Circuit Clerk

herein and requests an apportionment instruction at the trial of this matter pursuant to KRS 411.182.

### THIRD DEFENSE

Walmart states that the incident in controversy and alleged damages, if any, may have been caused and brought about by and were the proximate result of a superseding and intervening negligent act, or negligent failure to act, on the part of someone other than Walmart and that but for this superseding and intervening cause, the incident and any alleged damages, if any, would not have been sustained. Walmart relies upon this superseding and intervening act as a partial and/or complete bar to any recovery herein.

### FOURTH DEFENSE

Walmart states that the Plaintiff may have failed to mitigate damages, if any, and relies upon this failure as a partial and/or complete bar to recovery herein.

### FIFTH DEFENSE

Walmart pleads any and all affirmative defenses set forth in Rules 8.03 and 12 of the Kentucky Rules of Civil Procedure as if set forth at length herein and specifically states that Plaintiff's claim may be barred by the statute of limitations and lack of jurisdiction and venue.

### SIXTH DEFENSE

Subject to what discovery may reveal, the injuries and damages alleged in the Complaint, if any, were caused and brought about by and were the proximate result of a pre-existing condition, which condition existed prior to the date of the incident, and said pre-existing condition is either the proximate cause of the Plaintiff's injuries and damages or contributing cause of said injuries and damages; and but for said pre-existing condition, Plaintiff's injuries and damages would not and could not have occurred, or in the alternative, would not and could

2

not have been as extensive as alleged in the Plaintiff's Cause of Action against Walmart herein. Walmart hereby relies upon said negligence and/or fault of the Plaintiff as a complete bar to any recovery by the Plaintiff on the Complaint herein.

## SEVENTH DEFENSE

The Complaint demands relief, including attorney's fees and pre-judgment interest, that is not recoverable under Kentucky law and Walmart raises this as an affirmative defense.

## EIGHTH DEFENSE

To the extent that there exists any person or entity who has paid any amounts to or for the benefit of Plaintiff on account of events or injuries or damages alleged in the Complaint and who have not been properly notified of their subrogation rights, Plaintiff has failed to comply with KRS 411.188 and the Complaint is barred.  Alternatively, Plaintiff is precluded from recovery of amounts which are the subject of subrogation rights.  Moreover, to the extent such person or entity exists, Plaintiff is not the real party in interest to the extent of any such payment.

## NINTH DEFENSE

Subject to what discovery may reveal, the injuries and damages alleged in the Complaint, if any occurred, were caused in whole or in part by the primary, active, superseding, intervening negligence and/or intentional acts of Plaintiff and/or third persons or entities other than Walmart for which Walmart has no liability, responsibility, direction or control and Plaintiff's claims are, therefore, barred or reduced in proportion to the fault attributable to persons or entities other than Walmart.

## TENTH DEFENSE

Walmart reserves the right to supplement this Answer and plead any and all additional defenses and affirmative defenses that arise during the course of the litigation.

3

131629EB-0D3E-4D39-A15A-02D531037B2E : 000005 of 000009

ANS : 000003 of 000005

### ELEVENTH DEFENSE

In response to numerical paragraphs, Walmart states:

1.      Walmart is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in numerical paragraphs 1, 6, and 13 of Plaintiff's Complaint and, therefore, denies same.

2.      In response to the allegations contained in numerical paragraphs 2, 3 and 4 of Plaintiff's Complaint, Walmart admits that Walmart Inc. is a corporation. Walmart admits that CT Corporation System is located at the stated address and is the registered agent for Walmart Inc., Walmart Stores East, LP, and Walmart Realty Company. Walmart admits that Walmart Inc., Walmart Stores East, LP and Walmart Realty Company have their principal place of business in Bentonville, Benton, Arkansas. Walmart denied that Walmart Stores East, LP is a corporation and that Walmart Realty Company is a foreign business trust. Walmart is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraphs 2, 3, and 4, and therefore, denies same.

3.      Walmart admits the allegations contained in numerical paragraph 5 of Plaintiff's Complaint.

4.      Walmart denies the allegations contained in paragraphs 7, 9, 10, 11, and 12 of Plaintiff's Complaint.

5.      The allegations contained in numerical paragraph 8 of Plaintiff's Complaint are statements of Plaintiff's opinion of the law to which no response is required. In the event a response is required, Walmart denies the allegations contained in numerical paragraph 8 of Plaintiff's Complaint.

131629EB-0D3E-4D39-A15A-02D53103782E : 000006 of 000009

ANS : 000004 of 000005

4

Filed          20-CI-004929   09/08/2020          David L. Nicholson, Jefferson Circuit Clerk

6.      Walmart denies each and every allegation of Plaintiff's Complaint not specifically admitted.

WHEREFORE, Defendants demand as follows:

1.      Plaintiff's Complaint be dismissed with prejudice;

2.      Fault be apportioned pursuant to KRS 411.182;

3.      For their costs herein expended;

4.      Trial by jury on all issues so triable; and

5.      For any and all other relief to which they may be entitled.

Respectfully submitted,

/s/ *Jennifer Kincaid Adams*
Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9971
jadams@bdblawky.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 8th day of September, 2020. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Hon. Michael A. Schafer
Hon. Bryan G. Meader
THE SCHAFER LAW OFFICE
1218 South Third Street
Louisville, Kentucky 40203
*Counsel for Plaintiff*

/s/ *Jennifer Kincaid Adams*
*Counsel for Defendants*

5

Filed          20-CI-004929   09/08/2020          David L. Nicholson, Jefferson Circuit Clerk

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION THREE (3)
CIVIL ACTION NO. 20-CI-004929
*Electronically Filed*

NANETTE DIX                                                      PLAINTIFF

v.

WALMART, INC.;                                                   DEFENDANTS
WALMART STORES EAST, LP; and
WALMART REALTY COMPANY

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Walmart, Inc.,

Walmart Stores East, LP, and Walmart Realty Company:

Jennifer Kincaid Adams
Blackburn, Domene & Burchett, PLLC
614 West Main Street, Suite 3000
Louisville, KY  40202
502-584-1600 phone
502-584-9971 fax
jadams@bdblawky.com

I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ *Jennifer Kincaid Adams*
Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9971
jadams@bdblawky.com
*Counsel for Defendants*

131629EB-0D3E-4D39-A15A-02D531037B2E : 000001 of 000009

EA : 000001 of 000002

Filed          20-CI-004929     09/08/2020          David L. Nicholson, Jefferson Circuit Clerk

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 8th day of September, 2020. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Hon. Michael A. Schafer
Hon. Bryan G. Meader
THE SCHAFER LAW OFFICE
1218 South Third Street
Louisville, Kentucky 40203
*Counsel for Plaintiff*

*/s/ Jennifer Kincaid Adams*
*Counsel for Defendants*

2

131629EB-0D3E-4D39-A15A-02D531037B2E : 000002 of 000009

EA : 000002 of 000002

Filed          20-CI-004929   09/08/2020          David L. Nicholson, Jefferson Circuit Clerk

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION THREE (3)
CIVIL ACTION NO. 20-CI-004929
*Electronically Filed*

NANETTE DIX                                                          PLAINTIFF

v.

WALMART, INC.;                                                      DEFENDANTS
WALMART STORES EAST, LP; and
WALMART REALTY COMPANY

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Walmart, Inc.,

Walmart Stores East, LP, and Walmart Realty Company:

      Anna Zwicky
      Blackburn, Domene & Burchett, PLLC
      614 West Main Street, Suite 3000
      Louisville, KY  40202
      502-584-1600 phone
      502-584-9971 fax
      azwicky@bdblawky.com

I certify that I am admitted to practice in this Court.

                        Respectfully submitted,

                        */s/ Anna Zwicky*
                        Jennifer Kincaid Adams
                        Anna Zwicky
                        Blackburn Domene & Burchett, PLLC
                        614 W. Main Street, Suite 3000
                        Louisville, KY  40202
                        Phone:  502-584-1600
                        Fax:  502-584-9971
                        jadams@bdblawky.com
                        azwicky@bdblawky.com
                        *Counsel for Defendants*

FE59D4D8-19D2-4C04-BB5F-421DCAC30CF6 : 000001 of 000002

EA : 000001 of 000002

Filed          20-CI-004929    09/08/2020          David L. Nicholson, Jefferson Circuit Clerk

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 8th day of September, 2020. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Hon. Michael A. Schafer
Hon. Bryan G. Meader
THE SCHAFER LAW OFFICE
1218 South Third Street
Louisville, Kentucky 40203
*Counsel for Plaintiff*

*/s/ Anna C. Zwicky*
*Counsel for Defendants*

FE59D4D8-19D2-4C04-BB5F-421DCAC30CF6 : 000002 of 000002

EA : 000002 of 000002

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION THREE (3)
CIVIL ACTION NO. 20-CI-004929
*Electronically Filed*

NANETTE DIX                                                    PLAINTIFF

v.

WALMART, INC.;                                                 DEFENDANTS
WALMART STORES EAST, LP; and
WALMART REALTY COMPANY

## NOTICE OF SERVICE

Defendant, Walmart Stores East, LP, by and through counsel, hereby gives Notice of

Service of its First Set of Interrogatories and Request for Production of Documents Propounded

to Plaintiff by electronic mail on September 8, 2020.

Respectfully submitted,

*/s/ Jennifer Kincaid Adams*
Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
jadams@bdblawky.com
*Counsel for Defendants*

Filed        20-CI-004929    09/08/2020         David L. Nicholson, Jefferson Circuit Clerk

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 8th day of September, 2020. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

Hon. Michael A. Schafer
Hon. Bryan G. Meader
THE SCHAFER LAW OFFICE
1218 South Third Street
Louisville, Kentucky 40203
*Counsel for Plaintiff*

_/s/ Jennifer Kincaid Adams_
*Counsel for Defendants*

2

13629EB-0D3E-4D39-A15A-02D5310378 2E : 000009 of 000009

NO : 000002 of 000002

Filed          20-CI-004929   09/09/2020          David L. Nicholson, Jefferson Circuit Clerk

NO. 20-CI-004929                          JEFFERSON CIRCUIT COURT
                                               DIVISION THREE (3)


NANETTE DIX
                                                              PLAINTIFF

v.                    **NOTICE OF SERVICE PURSUANT TO**
                          **KRS 411.188**

WALMART, INC.;
WALMART STORE EAST, LP; and
WALMART REALTY COMPANY
                                                            DEFENDANTS

*\*\*\*FILED ELECTRONICALLY\*\*\**

\* \* \* \* \* \* \* \* \* \*

Comes the Plaintiff, Nanette Dix, by counsel, and hereby gives notice pursuant to KRS

411.188 that the following party believed by Plaintiff to have subrogation rights to any award

received by the Plaintiff as a result of this action has been notified by certified mail of this action

and has been warned accordingly:

> Humana Caresource
> Attn: Legal Dept.
> 230 N. Main Street
> Dayton, OH 45402


                              Respectfully submitted,

                              */s/ Michael A. Schafer*
                              Michael A. Schafer
                              Bryan G. Meader
                              THE SCHAFER LAW OFFICE
                              1218 South 3rd Street
                              Louisville, Kentucky 40203
                              (502) 584-9511
                              (502) 636-4702 – facsimile
                              *Counsel for Plaintiff, Nanette Dix*

Filed        20-CI-004929   09/09/2020        David L. Nicholson, Jefferson Circuit Clerk

## CERTIFICATE OF SERVICE

This will certify that a true and accurate copy was mailed this 9th day of September 2020 to the following:

Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
jadams@bdblawky.com
*Counsel for Defendants*

/s/ Michael A. Schafer
Michael A. Schafer

92FCF81A-6AF1-4441-8CCF-2DF39D0DD779 : 000002 of 000002

SON   : 000002 of 000002

Filed        20-CI-004929   09/09/2020        David L. Nicholson, Jefferson Circuit Clerk

Filed          20-CI-004929     10/29/2020          David L. Nicholson, Jefferson Circuit Clerk

NO. 20-CI-004929                                    JEFFERSON CIRCUIT COURT
                                                         DIVISION THREE (3)


NANETTE DIX

                                                                   PLAINTIFF


v.                              **NOTICE OF SERVICE**


WALMART, INC.;
WALMART STORE EAST, LP; and
WALMART REALTY COMPANY

                                                                   DEFENDANTS


                        ***FILED ELECTRONICALLY***

                            * * * * * * * * *


        Take notice that the Plaintiff, Nannette Dix, by counsel, has on October 29, 2020, served

her Responses to Defendant, Walmart's Interrogatories and Requests For Production of

Documents.



                                Respectfully submitted,

                                /s/ Michael A. Schafer
                                Michael A. Schafer
                                Bryan G. Meader
                                THE SCHAFER LAW OFFICE
                                1218 South 3rd Street
                                Louisville, Kentucky 40203
                                (502) 584-9511
                                (502) 636-4702 – facsimile
                                *Counsel for Plaintiff, Nanette Dix*

Filed          20-CI-004929     10/29/2020          David L. Nicholson, Jefferson Circuit Clerk

6B606080-B6A9-47FF-9A3A-C0B539903860 : 000001 of 000002

SON    : 000001 of 000002

Filed          20-CI-004929   10/29/2020          David L. Nicholson, Jefferson Circuit Clerk

## CERTIFICATE OF SERVICE

This will certify that a true and accurate copy was mailed this 29th day of September 2020 to the following:

Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
jadams@bdblawky.com
*Counsel for Defendants*

*/s/ Michael A. Schafer*
Michael A. Schafer

6B6060B0-B6A9-47FF-9A3A-C0B539903360 : 000002 of 000002

SON   : 000002 of 000002

Filed          20-CI-004929   11/05/2020          David L. Nicholson, Jefferson Circuit Clerk

NO. 20-CI-004929                                        JEFFERSON CIRCUIT COURT
                                                           DIVISION THREE (3)


NANETTE DIX

                                                                    PLAINTIFF

v.                              **NOTICE OF SERVICE**

WALMART, INC.;
WALMART STORE EAST, LP; and
WALMART REALTY COMPANY

                                                                    DEFENDANTS


                            ***FILED ELECTRONICALLY***

                               * * * * * * * * *

        Take notice that the Plaintiff, Nannette Dix, by counsel, has on November 3, 2020,

propounded her First Set of Interrogatories and Requests For Production of Document, to

Defendant, Walmart.



                                      Respectfully submitted,

                                      /s/ Michael A. Schafer
                                      Michael A. Schafer
                                      Bryan G. Meader
                                      THE SCHAFER LAW OFFICE
                                      1218 South 3rd Street
                                      Louisville, Kentucky 40203
                                      (502) 584-9511
                                      (502) 636-4702 – facsimile
                                      Counsel for Plaintiff, Nanette Dix

70DBDDED-7D8D-4780-88EE-DC7723CEBC2D : 000001 of 000002

NO : 000001 of 000002

Filed          20-CI-004929   11/05/2020          David L. Nicholson, Jefferson Circuit Clerk

## CERTIFICATE OF SERVICE

This will certify that a true and accurate copy was mailed this 5th day of November 2020 to the following:

Jennifer Kincaid Adams
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
jadams@bdblawky.com
*Counsel for Defendants*

*/s/ Michael A. Schafer*
Michael A. Schafer

70DB4DE0-7D8D-4780-88EE-DC7723CEBC2D : 000002 of 000002

NO : 000002 of 000002